UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Ronald Payne, | ) C/A No. 4:13-2796-JMC-TER |
| --- | --- |
| Petitioner, | ) |
| vs. | ) ORDER |
| United States of America;<br>Warden, USP 1-Coleman, | ) |
| Respondent. | ) |

This is a § 2241 habeas corpus action filed by a federal prisoner pro se. Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

**PAYMENT OF THE FILING FEE**:

Petitioner has not paid the $ 5.00 filing fee, nor has he submitted a motion for leave to proceed in forma pauperis. Because this case is being recommended for transfer to the Middle District of Florida, the financial aspects of the case should also be handled by that court.

**TO THE CLERK OF COURT**:

The Clerk of Court is directed to add "Warden, USP 1-Coleman" to the docket as a Respondent in this case.

The Clerk of Court shall not serve the Petition on Respondent because, after dismissing it against the United States of America, the Petition should be transferred as recommended in the contemporaneously issued Report and Recommendation.

**IT IS SO ORDERED**.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

October 30, 2013
Florence, South Carolina